IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATWOOD WILLIAMS,<br>        Petitioner, | :<br>:<br>: |
| v. | :   Civ. No. 15-944 |
| JAMES E. ECKARD, et al.,<br>        Respondents. | :<br>:<br>: |

## O R D E R

**AND NOW**, this 27th day of April, 2017, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1), and after review of the February 28, 2017 Report and Recommendation of United States Magistrate Judge Lynne A. Sitarksi (Doc. No. 27), to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **STAYED** and **HELD IN ABEYANCE** pending Petitioner's exhaustion of state court remedies;

3. The Parties shall **NOTIFY** the Court of the conclusion of the state court proceedings by filing a joint status report on the Docket within fourteen (14) days of their conclusion. The Parties shall include a copy of the relevant state court disposition, and Petitioner shall explain whether the state court proceedings have affected the instant Petition in any way; and

4. The **CLERK OF COURT** shall place this matter in **CIVIL SUSPENSE** pending further Order of Court.

                                               **AND IT IS SO ORDERED.**

                                               */s/ Paul S. Diamond*
                                               _____
                                               Paul S. Diamond, J.